FILED
JUL 17 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Mag. Case No. **'08 MJ 8657** |
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF: |
| v. | ) Title 8, U.S.C., Section 1324(a)(1)(A)(ii) |
| Jesus VILLALOBOS-Vazquez | ) Illegal Transportation of Aliens |
| Defendant | ) |

The undersigned complainant, being duly sworn, states:

On or about July 15, 2008, within the Southern District of California, defendant Jesus VILLALOBOS-Vazquez, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, Guadalupe MACHORRO-Torres, Arturo CASTILLO-Jimenez and Maria De La Cruz RESENDIZ-Perez had come to, entered or remained in the United States in violation of law, did transport or move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant states that this complaint is based on the attached statement of facts which, is incorporated herein by reference.

Senior Border Patrol Agent

SWORN TO BEFORE AND SUBSCRIBED IN MY PRESENCE THIS 15th DAY OF JULY 2008.

Peter C. Lewis
United States Magistrate Judge

UNITED STATES OF AMERICA

      v.

Jesus VILLALOBOS-Vazquez

## STATEMENT OF FACTS

The complainant states that this complaint is based upon statements in the investigative reports by the apprehending officers, BPA J. Vega Torres that on July 15, 2008, the defendant, a native and citizen of Mexico was apprehended near Calexico, California, as the driver of a black 1996 Plymouth bearing Baja plates, BDF1014, as he smuggled five undocumented aliens from Mexico into the United States in violation of law.

On July 15, 2008, at approximately 8:40 a.m., the Remote Video Surveillance (RVS) operators observed a group of individuals walk across the International Boundary between the United States and Mexico approximately 15 miles east of the Calexico, California, Port of Entry. RVS operators subsequently observed the individuals board a raft and cross the All American Canal. RVS operators advised Border Patrol Agents in the area.

After crossing the All American Canal in the raft, a group of five suspected illegal aliens began walking and running northbound towards a nearby paved road. The group continued northwest until reaching a fence which encircles a parking lot north of the All American Canal and east of the East Calexico Port of Entry. As the group was reaching the north end of the parking lot, near Agents Vega-Torres and Cowart's location, both Agents observed a 1996 Plymouth Neon drive southbound on Nina Lee Road towards the group. Agents Vega-Torres and Cowart clearly observed that the driver, later identified as Jesus VILLALOBOS-Vazquez, was the only occupant and driver of the Neon. VILLALOBOS continued south on Nina Lee Road until reaching the location of the group. Four of the suspected illegal aliens got into the passenger areas of the Plymouth Neon. The remaining suspected alien attempted to place himself inside the trunk of the vehicle. As a suspected alien was getting into the trunk, VILLALOBOS began to drive northbound on Nina Lee with the suspected alien still not fully within the trunk of the vehicle. As VILLALOBOS continued north, the suspected alien eventually was able to fully position himself within the trunk of the Neon and to close the trunk himself.

Agents Vega-Torres and BPA Cowart immediately began to follow the vehicle. Agent Vega-Torres informed agents to be prepared to deploy a Controlled Tire Deflation Device (CTDD). VILLALOBOS turned north onto Menvielle Road heading towards the intersection with Highway 98. At Highway 98, Agent Vega-Torres activated his emergency lights and sirens in an attempt to stop the Neon. VILLALOBOS ignored the emergency lights and sirens and failed to yield. Agent Wells deployed his CTDD, which slowly deflated three of the Neon's tires. The vehicle still did not yield. Agent Castaneda deployed his own CTDD, which was also successful. After this second successful deployment, and as Agent Vega-Torres continued to pursue the Neon westbound on Highway 98, VILLALOBOS finally stopped on the north shoulder of Highway 98 near the intersection of Anderholt Road.

Once the Neon came to a complete stop, agents approached the Neon and identified themselves as United States Border Patrol Agents. BPA Castaneda ordered VILLALOBOS to turn off the vehicle and to exit the vehicle. VILLALOBOS complied and Agent Castaneda questioned VILLALOBOS as to his right to be, stay or remain in the United States. VILLALOBOS admitted to being in the United States illegally. Agent Vega-Torres secured the vehicle and conducted an immigration check on the remaining occupants. All the subjects admitted to being in the United States illegally.

Agent Vega-Torres advised VILLALOBOS of rights as per Miranda and was witnessed by Agent Espinoza. VILLALOBOS stated he met a man in Mexicali known as "Chamarras." "Chamarras" asked VILLALOBOS if he would agree to pick up some illegal aliens who would illegally cross into the United States, and VILLALOBOS stated he agreed to do this. VILLALOBOS believes he was going to get approximately $100.00 - $200.00 for picking up and driving the illegal aliens further into the United States. VILLALOBOS stated he was arrested while still in the driver's seat of the Neon.

Material Witnesses Guadalupe MACHORRO-Torres, Arturo CASTILLO-Jimenez, and Maria De La Cruz RESENDIZ-Perez stated they made arrangements to pay a smuggler between $1,800.00 and $2,500.00 each to be smuggled to Los Angeles, California. MACHORRO, CASTILLO and RESENDIZ positively identified VILLALOBOS from a six-pack photo line-up as the driver of the Plymouth.

The complainant states that the names of the Material Witnesses are as follows:

| NAME | PLACE OF BIRTH |
|---|---|
| Guadalupe MACHORRO-Torres | Mexico |
| Arturo CASTILLO-Jimenez | Mexico |
| Maria De La Cruz RESENDIZ-Perez | Mexico |

Further, complainant states that Guadalupe MACHORRO-Torres, Arturo CASTILLO-Jimenez and Maria De La Cruz RESENDIZ-Perez are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.