# UNITED STATES DISTRICT COURT

``                           DISTRICT OF                    CALIFORNIA

UNITED STATES OF AMERICA,
        Plaintiff,

   v.

JESUS VILLALOBOS-VAZQUEZ,
        Defendant.

**APPEARANCE**

Case Number:   08MJ8657

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    JESUS VILLALOBOS-VAZQUEZ

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/21/2008 | /s/ JOSEPH McMULLEN |
| Date | Signature |
| | Joseph McMullen / Federal Defenders of SD — 246757 |
| | Print Name / Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City / State / Zip Code |
| | (619) 234-8467 / (619) 687-2666 |
| | Phone Number / Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov


Dated: July 21, 2008                              /s/  Joseph McMullen
                                                  JOSEPH McMULLEN
                                                  Federal Defenders of San Diego, Inc.
                                                  225 Broadway, Suite 900
                                                  San Diego, CA 92101-5030
                                                  (619) 234-8467  (tel)
                                                  (619) 687-2666  (fax)
                                                  e-mail: Joseph_McMullen@fd.org