**FILED**

AUG 14 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2731 WQH |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 8, U.S.C., |
|  | ) | Secs. 1324(a)(1)(A)(ii) and |
| JESUS VILLALOBOS-VASQUEZ, | ) | (v)(II) - Transportation of |
|  | ) | Illegal Aliens and Aiding and |
| Defendant. | ) | Abetting |

The United States Attorney charges:

On or about July 15, 2008, within the Southern District of California, defendant JESUS VILLALOBOS-VASQUEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Guadalupe Machorro-Torres, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 8/14/08.

KAREN P. HEWITT
United States Attorney

*[signature]* for

FRED SHEPPARD
Assistant U.S. Attorney

FAS:psd:San Diego
8/1/08